Anthony L. Marchetti, Jr., Esq. (AM4302)
MARCHETTI LAW, P.C.
Marchetti Law, P.C.
317 Delsea Drive
PO BOX 656
Sewell, NJ 08080
 (856) 824-1001 fax: (267) 219-4838 fax
amarchetti@marchettilawfirm.com

Ravi Sattiraju, Esq.
SATTIRAJU & THARNEY, LLP
50 Millstone Road
Building 300, Suite 202
East Windsor, NJ 08520
(609) 469-2110
rsattiraju@s-tlawfirm.com

Harold L. Lichten, Esq. (pro hac vice)
Benjamin Weber, Esq. (pro hac vice)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St #2000
Boston, MA 02114
(617) 994-5800 fax: (617) 994-5801
hlichten@llrlaw.com, bjweber@llrlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNERIS MOREL AND HUGO MOREL TAVEAREZ, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br>     v.<br><br>GOYA FOODS, INC., and A.N.E. SERVICES, INC.<br><br>                          Defendants. | Hon. Esther Salas, U.S.D.J.<br>C.A. NO. 2:20-cv-05551-ES-CLW<br>Class Action<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT |

    Plaintiffs Anneris Morel and Hugo Morel Tavearez, through counsel, hereby submit their unopposed Motion for Final Approval of the Settlement Agreement. The settlement reached by the Parties in this case follows three years of hard-fought litigation. It is a fair resolution of the claims Plaintiffs have raised against Defendants and offers class members significant economic benefit in light of the risks of further litigation, strength of Defendants' defenses, and the value of the class members' potential claims.

    For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court grant final approval of this settlement, and award the other relief set forth in the Proposed Order attached hereto.

DATED: June 26, 2023          Respectfully submitted,

                                      ANNERIS MOREL and HUGO MOREL TAVEAREZ, individually and on behalf of all others similarly situated,

                                      By their attorneys,

/s/ *Anthony L. Marchetti, Jr.*   (AM4302)
ANTHONY L. MARCHETTI, JR.
MARCHETTI LAW, P.C.
Attorneys for Plaintiffs

RAVI SATTIRAJU, ESQ.
SATTIRAJU & THARNEY, LLP
Attorneys for Plaintiffs

HAROLD L. LICHTEN, ESQ.*
BENJAMIN WEBER, ESQ.*
LICHTEN LISS-RIORDAN, P.C.
Attorneys for Plaintiffs

*PHV granted.

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 26, 2023, I served a copy of this pleading by electronic filing on all counsel of record in this case.

                                                       /s/ *Anthony L. Marchetti, Jr. (AM4302)*
                                                       Anthony L. Marchetti, Jr.