UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANNERIS MOREL AND HUGO MOREL TAVEAREZ**, individually and on behalf of all others similarly situated,<br><br>　　　　　　**Plaintiffs**,<br>　v.<br><br>**GOYA FOODS, INC., and A.N.E. SERVICES, INC.**<br><br>　　　　　　**Defendants.** | C.A. NO. 2:20-cv-05551-CLW<br>Class Action |

### ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

This matter having come before the Court by way of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, and for certification of a settlement class pursuant to Fed. R. Civ. P. 23, and the Parties' Class Action Settlement Agreement and Release, and for good cause shown,

IT IS on this 6th day of July, 2023 hereby ordered as follows:

1. The Court has jurisdiction over the Parties and the claims in this case.

2. The Court hereby finds that the settlement reached by the Parties satisfies the applicable requirements of Fed. R. Civ. P 23 for settlement purposes only, and grants final approval of the Settlement Agreement.

3. The Settlement Agreement is incorporated by reference into this Order and is hereby adopted as an Order of this Court.

4. The Court finds that no Settlement Class Members have objected to the Settlement, and no Settlement Class Members have filed formal exclusion requests from the Settlement.

5. The Court hereby makes final its earlier certification of the proposed Settlement Class under Fed. R. Civ. P. 23.

6. The Notice of Settlement given to the Settlement Class fully and accurately informed the Settlement Class members of all material elements of the proposed Settlement, and was the best notice practicable under the circumstances, and complied with the requirements of Fed. R. Civ. P. 23.

7. The settlement funds shall be distributed in accordance with the terms of the Settlement Agreement.

8. Legal Services NYC is approved as a *cy pres* beneficiary.

9. The Court hereby enters final judgment and dismisses this action with prejudice, with each party to bear its own fees and costs.

10. Without affecting the finality of this Judgment in any way, the Court hereby retains continuing jurisdiction over: (a) the implementation of the settlement; and (b) the Parties and their counsel, for the sole purpose of construing, enforcing and administering the Settlement and this Order and Judgment.

11. This Order or any finding therein, including any class certification determination for settlement purposes only, may not be used by any Party or otherwise or construed as an admission, concession, or a presumption by or against Defendants of any fault, wrongdoing, failure of disclosure, improper or illegal business practice or waiver of any claim or defense, that he, she or it may have in the event the Settlement Agreement is terminated. In the event

that this Order becomes of no force or effect, it shall not be construed or used as an admission, concession or presumption by or against the Released Parties, the Plaintiffs or the Class.

*/s/ Cathy L. Waldor*  
Cathy L. Waldor, U.S.M.J.